UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STEVEN WHITSON )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>TURNING POINT CAPITAL, INC. )<br>and DOES 1-10, inclusive, )<br>    Defendants, )<br> )<br> ) | **Civil Action No.**<br>**3:2011-cv-03080** |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

Dated:  January 5, 2012

RESPECTFULLY SUBMITTED:

/s/ Kevin J. Buckley, Jr.
Kevin J. Buckley, Jr.
ARWD Bar # 674594
Consumer Rights Law Firm
2 Dundee Park, Suite 201
Andover, MA 01810
Phone: (978) 212-3300
Fax: (888) 712-4458
Email:
attorneykevinb@consumerlawfirmcenter.com
Attorney for Plaintiff

## PROOF OF SERVICE

I hereby certify that on January 5, 2012, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system. Parties not on the electronic filing system will receive notice by email.

/s/ Kevin J. Buckley, Jr.