US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 0 6 2012

CHRIS R. JOHNSON, Clerk
By
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

STEVEN WHITSON            PLAINTIFF(S)

V.         Civil No. 3:11-cv-3080

JOHN DOES 1-10, ET AL         DEFENDANT(S)

### CLERK'S ORDER OF DISMISSAL

On this 6th day of January, 2012, the plaintiff herein having filed his Notice of Voluntary Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By: _____
        Deputy Clerk